NUMBER
13-06-058-CV

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG 

______________________________________________________________

 

                 IN RE: MISSION
PETROLEUM CARRIERS, INC., ET AL.

______________________________________________________________

 

                                    On Petition
for Writ of Mandamus

______________________________________________________________

 

                               MEMORANDUM
OPINION

 

           Before Chief Justice
Valdez and Justices Hinojosa and Rodriguez 

Memorandum Opinion Per Curiam

 








Relators, MISSION
PETROLEUM CARRIERS, INC., ET AL., filed a petition for writ of mandamus and an
emergency motion for stay in the above cause on February 8, 2006.  The emergency motion for stay was granted by
this Court on February 9, 2006.  Relators
have now filed an unopposed motion to dismiss and for withdrawal of in camera
documents. In the motion, relators state that the parties to the underlying
civil action have settled. Relators request that this original proceeding be
dismissed.  In addition, relators request
that this Court return the in camera documents that were tendered to the Court
as part of the record.  

The Court, having
considered the documents on file and relators=
motion, is of the opinion that the motion should be granted.  Relators= motion to dismiss is granted.  The stay previously ordered in this cause is
lifted, and the petition for writ of mandamus is hereby DISMISSED.  Relators= request for return of in camera documents is also
granted.  Relators are directed to make
arrangements with the clerk=s office for return of said in camera documents.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 23rd day of March, 2006.